# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF
WALLACE J. CAVANAUGH,
DECEASED,

---

JAN CAVANAUGH,

Appellant,

vs.

ESTELLE D. CAVANAUGH,

Respondent.

IN THE MATTER OF THE ESTATE OF
WALLACE J. CAVANAUGH,
DECEASED.

---

JAN CAVANAUGH,

Appellant,

vs.

ESTELLE D. CAVANAUGH,

Respondent.

No. 67901

**FILED**

JUL 2 8 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 68527

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Leon Aberasturi, District Judge
Carolyn Worrell, Settlement Judge
Holland & Hart LLP/Reno
Johnston Law Offices, P.C.
Third District Court Clerk

16-23540